FILED
DEC 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

12/21/05

October 8, 2005

Dear Ms. Coln and Sir or Madame Judge:

My name is Julie Colombino. I moved to Washington DC, nearly seven weeks ago as part of a university internship program for the Department of Veterans Affairs. Throughout my life, I have always tried to be a respectable person and I have dedicated my life to humanitarian relief. I have been applying to many agencies such as the United Nations and UNICEF so that I may continue on my quest of human service in the professional world. I am writing to you today because I have found myself in a type of trouble that I thought I would never face. I was arrested on September 26, 2005 charged with "demonstrating without a permit". I am very concerned that this regrettable event will have serious consequences in the future work I will try to do.

I believe there was a terrible misunderstanding on the day of my arrest. At the time the yellow tape was put around a very large group of people (more than 350 of us), I was praying with a group of clergy and family members that were suffering from the consequences of violence; due to the loss of a loved one. I asked an officer what was happening and he said we had been warned three times to move to the other side of the street, I can honestly say I did not hear these warnings, nor did I understand that we were allowed to be on one side of the street but not the side I was on. Please understand there was a lot going on and many people were all over the place. It was very confusing for me, maybe because I have never been to a protest before. Working at the VA, however, I have met many veterans and their family members and I felt very passionately about trying to support them through this nonviolent initiative.

Please look at my record. I have never been in any type of trouble before. I have enclosed my resume so that you may see the type of life I have tried to lead. Since I have moved to DC, I have volunteered over 20 hours per week with the American Red Cross at National Headquarters to help with the hurricane relief effort. I can honestly say I am generally a contributing member of society rather than a trouble-causing delinquent.

If there is anyway these charges can be dropped, please consider granting me this act of kindness. I do understand that I can come to court and plead my case, however, I do not think I can handle the financial charges that would be necessary to clear my name. Please consider dropping the charge against me. With this experience I have learned that I am a relief worker at heart not an activist. You will never have difficulty with me again. I can guarantee that.

If this is an impossible request, which I understand it may be since I did receive this ticket. Would you please consider giving me an earlier court date? I will no longer have any place to live in DC as of December 10, 2005 (the last day of my internship). I am able to sit and wait as long as possible if you can please squeeze me in on any date before the 10th of December.

Thank you very much for your time and consideration.

Sincerely,

Julie Colombino
Violation: P 0546883; Location: EV63; Offense Charge: 7.96 (g) (2); Officer: Psak

Colombino

US District Court
333 Constitution Ave. NW
Washington, D.C. 20001
Room 1800
ATTN: Lynn Coln