# Julie Colombino

|  |  |
|---|---|
| **OBJECTIVE** | To obtain a career with an organization dedicated to relief development and humanitarian aid. |
| **EDUCATION** | Currently attending the **University of Central Florida**:<br>Master's in Political Science and Certificate in Non-Profit Management expected Aug. 2006<br><br>**Florida International University**: Miami, FL 2000 – 2003<br>Bachelor of Arts: Dance Choreography/Performance; Building Communities Through the Arts<br>Certification in Women's Studies<br>GPA: 3.85 Graduated with honors 4/03 |
| **EMPLOYMENT HISTORY** | **President and Founder of "Project Refuel"**: Orlando, FL 2002 – Current<br>A non-profit organization dedicated to raising funds and awareness for any community related issues by collaborating dance and other art forms to then produce a benefit concert.<br>• Raised $5,400 for the Starvation Crisis in Malawi, Africa (April, 2002)<br>• Fed over 1,400 families in Miami-Dade through the Daily Bread Food Bank (April, 2002)<br>• Raised $3,800 for BASE Camp: Children's Cancer Foundation, Orlando, FL (February, 2004)<br><br>**Department of Veterans Affairs**: Washington, DC 09/05 – 12/05<br>Internship through the HACU Scholarship Foundation working at the Department of Veterans Affiars in the office of Policy, Planning and Preparedness.<br><br>**Heritage Middle School**: Deland, FL 08/04 – 05/05<br>Middle School teacher; Director of the Performing Arts Program<br><br>**Creative Arts Facilitator: Lisa Merlin House**: Orlando, FL 01/03 – 03/04<br>Facilitator for women recovering from alcohol/substance abuse, using the art of dance to aid in transforming negative thoughts and perceptions into a positive life approach.<br><br>**Therapeutic Arts Facilitator at Dade Correctional Institute**: Miami FL 02/02 – 06/03<br>Facilitator at maximum security prison dedicated to working with women inmates, using creative arts therapy and dance to build self-esteem and work on anger management. |
| **VOLUNTEER/ TRAINING** | **St. Anne's Home**: Woodstock, South Africa 05/05 - 06/05<br>Cared for infants and toddlers suffering from HIV/AIDS; led movement class for abused and traumatized homeless women; prepared after-care program for children grades 3-7<br><br>**University of Central Florida**: Victim Services Advanced Training April 9, 2005<br>Completed 6 hour training focused on Crisis Intervention, Crisis Management, Difficulties with Diverse Client Populations, Self-Care for Care Givers and Ethics in Service Provision<br><br>**BASE Camp Children Cancer Foundation** 02/03 – 03/04<br>Care taker for kids/teens suffering with cancer and other blood related diseases<br><br>**American Red Cross**: Orlando, FL 2003 - Current<br>Disaster Relief/International Services Disaster Relief, ARC of Central Florida<br>Florida Hurricanes, Central Florida - Relief Worker in the field<br>Hurricane Katrina, National Headquarters, DC- Staff Services (Deployment)<br><br>**Hands on Orlando** 2004 – Current<br>Hurricane Relief Worker: Debris removal for the elderly and disabled.<br>Continuous work with Coalition for the Homeless |
| **SKILLS** | • Highly, organized and dedicated with a positive and professional attitude<br>• Capable of handling multiple assignments and working in challenging environments.<br>• Have excellent written, oral and communication skills.<br>• Excellent Computer skills (Word, Excel, Internet Research) |